UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                      Case No. **1-16-42200-nhl**
**Ronald L Henry**                                                                Chapter 7
                                        Debtor.
---------------------------------------------------------X

## ORDER DENYING REQUEST FOR A THIRTY-DAY EXEMPTION FROM THE BUDGET AND CREDIT COUNSELING REQUIREMENT

WHEREAS, Ronald L Henry filed a petition for relief under chapter 7 of the Bankruptcy Code on May 19, 2016; and

WHEREAS, Ronald L Henry filed a request pursuant to 11 U.S.C. § 109(h)(3)(A) for a thirty-day exemption from the Budget and Credit Counseling Requirement ("Request"); and

WHEREAS, under 11 U.S.C. § 109(h)(3)(A), to obtain a temporary exemption from the Budget and Credit Counseling Requirement, a debtor must submit a certification that (i) describes exigent circumstances that merit a waiver of the Budget and Credit Counseling Requirement, (ii) explains that the debtor requested pre-petition budget and credit counseling services from an approved nonprofit budget and credit counseling agency, but was unable to obtain the services during the 7-day period beginning on the date on which the debtor made the request, and (iii) is satisfactory to the Court; and

WHEREAS, the Request is not satisfactory to the Court because it does not describe exigent circumstances that would merit a waiver of the Budget and Credit Counseling Requirement; it is therefore

ORDERED, that the Request be, and hereby is, denied.

**TO:**

**Ronald L Henry**
34 N 6th St
Apt N6F
Brooklyn, NY 11249

**Alan Nisselson**
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019

**TO:**

**Jefferson Austin**
1333 East 80 St

Brooklyn, NY 11236

**Marianne DeRosa**
Standing Chapter 13 Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791



Dated: May 29, 2016
    Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**