# Notice Recipients

District/Off: 0207−1           User: acruz                    Date Created: 5/31/2016
Case: 1−16−42200−nhl           Form ID: pdf000                Total: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ronald L Henry     34 N 6th St     Apt N6F     Brooklyn, NY 11249

TOTAL: 1