**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

------------------------------------------------------------- X
In re:                                                         :
                                                               :  Chapter 7
Ronald L Henry,                                                :
                                                               :  Case No. 1-16-42200-NHL
                        Debtor.                                :
                                                               :  Judge: Nancy Hershey Lord
                                                               :
------------------------------------------------------------- X

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) and (d)(2)**

PLEASE TAKE NOTICE that upon the annexed motion CIT Bank, N.A., formerly known as OneWest Bank, N.A., formerly known as OneWest Bank, FSB ("Movant"), by its counsel, Buckley Madole, P.C., the undersigned will move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, Conrad B. Duberstein U.S. Courthouse, Courtroom 2529, located at 271-C Cadman Plaza East, Brooklyn NY 11201-9013, on the **2nd day of August 2016 at 2:30 p.m.** or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §§ 362 (d)(1) and (d)(2), granting Movant relief from the automatic stay; that any conversion of the within case shall not operate as an automatic stay against Applicant except upon separate order of this Court; and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE THAT opposition, if any, shall be filed in writing through the Clerk's ECF system, with a copy delivered to the Chambers of Judge Lord, and served

NYNoticeMtn

upon the Movant's counsel so as to be received no later than three (3) business days prior to the hearing date.

    Dated:  June 15, 2016
           New York, NY

BUCKLEY MADOLE, P.C.
Attorneys for Movant,

    /s/ _Melissa N. Licker_____
By: Melissa Licker, Esq.
28 West 44th Street, Suite 720
New York, NY 10036
Tel/Fax: 347-286-7409
NY_ECF_Notices@BuckleyMadole.com

TO:    Attorney for Debtor(s)
        Debtor(s)
        Trustee
        U.S. Trustee

NYNoticeMtn