UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- x
In re:

**Ronald L. Henry**

                           Debtor.

----------------------------------------------------X

Case No 1-16-42200-nhl
Chapter 7

## ORDER TO SHOW CAUSE
## WHY THIS CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

WHEREAS, on May 19, 2016, Ronald L. Henry (the "Debtor") filed a petition under Chapter 7 of the Bankruptcy Code (the "Instant Case"); and

WHEREAS, on June 21, 2016, the Court issued a Final Notice of Section 521 Deficiencies in the Instant Case; and

WHEREAS, to date, the Debtor has failed to cure all deficiencies in the Instant Case and;

WHEREAS, on December 10, 2014, the Debtor filed a petition under Chapter 13 of the Bankruptcy Code (Case No. 14-46213-nhl), which case was dismissed on January 27, 2015; and

WHEREAS, on July 14, 2015, the Debtor filed a petition under Chapter 13 of the Bankruptcy Code (Case No. 15-43214-nhl), which case was dismissed on August 31, 2015;

NOW, therefore, it is hereby

ORDERED, that the Debtor appear at a hearing before the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, on **August 2, 2016 at 2:30 PM.** (the "Hearing") in Courtroom 2529, U.S. Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, 11201, and show cause why the Instant Case should not be dismissed for failure to file schedules under 11 U.S.C § 521(i); and it is further

ORDERED, that the Debtor show cause at the Hearing as to why he should not be barred from refiling a bankruptcy petition for a period of two (2) years.



**Dated: July 21, 2016**
      **Brooklyn, New York**

                                    **Nancy Hershey Lord**
                                    **United States Bankruptcy Judge**

TO:

**Ronald L Henry**
34 N 6th St
Apt N6F
Brooklyn, NY 11249

**Alan Nisselson**
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014