# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: nsmith | Date Created: 7/21/2016 |
| Case: 1−16−42200−nhl | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr      Alan Nisselson      anisselson@windelsmarx.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ronald L Henry      34 N 6th St      Apt N6F      Brooklyn, NY 11249

TOTAL: 1