

**TD Bank**
America's Most Convenient Bank®

| TD Bank, N.A.<br>One Portland Square, PO Box 9540<br>Portland, ME 04112-9540<br>8887519000 | Pay Group: 800-TD Bank, N.A. (A)<br>Pay Begin Date: 07/31/2016<br>Pay End Date: 08/13/2016 | Business Unit: B2000<br>Advice #: 000000004665268<br>Advice Date: 08/19/2016 | |
|---|---|---|---|
| | | TAX DATA: Federal | NY State |
| **Ronald L Henry**<br>34 North 6th Street<br>Unit N6F<br>Brooklyn, NY 11249 | Employee ID: 6096816<br>Department: U2142-Mortgage Sales Long Island<br>Location: Forest Hills/Queens Blvd<br>Job Title: Mortgage Loan Officer<br>Pay Rate: $11.540000 Hourly | Marital Status: Single<br>Allowances: 0<br>Addl. Pct:<br>Addl. Amt: | Single<br>0 |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| RegularPay | | | 11.540000 | 80.00 | 923.20 | 1,299.00 | 14,990.46 |
| RegularPay | 07/17/2016 | 07/23/2016 | 11.540000 | 40.00 | 461.60 | | 0.00 |
| Overtime | | | 11.540000 | 7.00 | 121.17 | 16.00 | 276.96 |
| \NY WTPA\ | | | 17.310000 | | | | |
| SignBonus | | | | | 0.00 | | 3,000.00 |
| Ex Day Off | | | | | 0.00 | 5.00 | 57.70 |
| JDP Award | | | | | 0.00 | | 125.00 |
| PTO | | | | | 0.00 | 48.00 | 553.92 |
| **TOTAL:** | | | | 127.00 | 1,505.97 | 1,368.00 | 19,004.04 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 195.08 | 2,639.20 |
| Fed MED/EE | 21.84 | 275.56 |
| Fed OASDI/EE | 93.37 | 1,178.25 |
| NY Withholdng | 65.82 | 816.51 |
| NY NEW YORK Withholdng | 42.04 | 479.08 |
| **TOTAL:** | 418.15 | 5,388.60 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmen-Child | 598.30 | 6,255.73 |
| **TOTAL:** | 598.30 | 6,255.73 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 1.19 | 15.47 |
| AD&D | 0.12 | 1.56 |
| Long Term Disability | 2.83 | 36.79 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,505.97 | 1,505.97 | 418.15 | 598.30 | 489.52 |
| YTD | 19,004.04 | 19,004.04 | 5,388.60 | 6,255.73 | 7,359.71 |

### YEAR-TO-DATE PAID TIME OFF

| | |
|---|---|
| Start Balance | 0.0* |
| + Earned | 136.00* |
| - Taken | 40.00* |
| + Adjustments | 0.0* |
| **End Balance** | 96.00* |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Routing Number | Deposit Amount |
|---|---|---|---|---|
| Advice #000000004665268 | Chequing | 0009983941544 | 221473652 | 489.52 |
| TOTAL: | | | | 489.52 |

**MESSAGE:**
* Based upon PTO reporting as of pay period end date. May not be relied upon for actual balances.
Please Validate SSN, Name and Address Information Via EE Self Service

RECEIVED 2016 AUG 26 A 9: 07 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK



**America's Most Convenient Bank®**

| | | |
|---|---|---|
| TD Bank, N.A.<br>One Portland Square, PO Box 9540<br>Portland, ME 04112-9540<br>8887519000 | Pay Group: 800-TD Bank, N.A. (A)<br>Pay Begin Date: 07/17/2016<br>Pay End Date: 07/30/2016 | Business Unit: B2000<br>Advice #: 000000004638793<br>Advice Date: 08/05/2016 |

| | | | TAX DATA: | Federal | NY State |
|---|---|---|---|---|---|
| **Ronald L Henry**<br>34 North 6th Street<br>Unit N6F<br>Brooklyn, NY 11249 | Employee ID: 6096816<br>Department: U2142-Mortgage Sales Long Island<br>Location: Forest Hills/Queens Blvd<br>Job Title: Mortgage Loan Officer<br>Pay Rate: $11.540000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Pay | 11.540000 | 40.00 | 461.60 | 1,179.00 | 13,605.66 | |
| Sign-on Bonus | | | 0.00 | | 3,000.00 | |
| Extra Day Off - Non Exempt | | | 0.00 | 5.00 | 57.70 | |
| JD Power Win=$$$ for YOU! WOW! | | | 0.00 | | 125.00 | |
| Overtime | | | 0.00 | 9.00 | 155.79 | |
| Non Exempt PTO | | | 0.00 | 48.00 | 553.92 | |
| **TOTAL:** | | 40.00 | 461.60 | 1,241.00 | 17,498.07 | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 38.42 | 2,444.12 |
| Fed MED/EE | 6.69 | 253.72 |
| Fed OASDI/EE | 28.62 | 1,084.88 |
| NY Withholdng | 7.08 | 750.69 |
| NY NEW YORK Withholdng | 5.12 | 437.04 |
| **TOTAL:** | 85.93 | 4,970.45 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmen-Child | 206.62 | 5,657.43 |
| **TOTAL:** | 206.62 | 5,657.43 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 1.19 | 14.28 |
| AD&D | 0.12 | 1.44 |
| Long Term Disability | 2.83 | 33.96 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 461.60 | 461.60 | 85.93 | 206.62 | 169.05 |
| YTD | 17,498.07 | 17,498.07 | 4,970.45 | 5,657.43 | 6,870.19 |

| YEAR-TO-DATE | PAID TIME OFF | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0* | | Account Type | Account Number | Routing Number | Deposit Amount |
| + Earned | 128.00* | Advice #000000004638793 | Chequing | 0009983941544 | 221473652 | 169.05 |
| - Taken | 40.00* | | | | | |
| + Adjustments | 0.0* | | | | | |
| **End Balance** | 88.00* | **TOTAL:** | | | | 169.05 |

**MESSAGE:**
* Based upon PTO reporting as of pay period end date. May not be relied upon for actual balances.
Please Validate SSN, Name and Address Information Via EE Self Service



**America's Most Convenient Bank®**

| TD Bank, N.A.<br>One Portland Square, PO Box 9540<br>Portland, ME 04112-9540<br>8887519000 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 800-TD Bank, N.A. (A)<br>07/03/2016<br>07/16/2016 | Business Unit:<br>Advice #:<br>Advice Date: | B2000<br>000000004612531<br>07/22/2016 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **NY State** |
| **Ronald L Henry**<br>34 North 6th Street<br>Unit N6F<br>Brooklyn, NY 11249 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 6096816<br>U2142-Mortgage Sales Long Island<br>Forest Hills/Queens Blvd<br>Mortgage Loan Officer<br>$11.540000 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Non Exempt PTO | 11.540000 | 8.00 | 92.32 | 48.00 | 553.92 | Fed Withholdng | 112.86 | 2,405.70 |
| Regular Pay | 11.540000 | 75.00 | 865.50 | 1,139.00 | 13,144.06 | Fed MED/EE | 13.89 | 247.03 |
| Sign-on Bonus | | | 0.00 | | 3,000.00 | Fed OASDI/EE | 59.38 | 1,056.26 |
| Extra Day Off - Non Exempt | | | 0.00 | 5.00 | 57.70 | NY Withholdng | 31.29 | 743.61 |
| JD Power Win=$$$ for YOU! WOW! | | | 0.00 | | 125.00 | NY NEW YORK Withholdng | 21.05 | 431.92 |
| Overtime | | | 0.00 | 9.00 | 155.79 | | | |
| **TOTAL:** | | **83.00** | **957.82** | **1,201.00** | **17,036.47** | **TOTAL:** | **238.47** | **4,884.52** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Garnishmen-Child | 395.64 | 5,450.81 | Basic Life | 1.19 | 13.09 |
| | | | | | | AD&D | 0.12 | 1.32 |
| | | | | | | Long Term Disability | 2.83 | 31.13 |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **395.64** | **5,450.81** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 957.82 | 957.82 | 238.47 | 395.64 | 323.71 |
| YTD | 17,036.47 | 17,036.47 | 4,884.52 | 5,450.81 | 6,701.14 |

| YEAR-TO-DATE | PAID TIME OFF | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0* | | Account Type | Account Number | Routing Number | Deposit Amount |
| + Earned | 120.00* | Advice #000000004612531 | Chequing | 0009983941544 | 221473652 | 323.71 |
| - Taken | 40.00* | | | | | |
| + Adjustments | 0.0* | | | | | |
| **End Balance** | **80.00*** | TOTAL: | | | | 323.71 |

**MESSAGE:**
* Based upon PTO reporting as of pay period end date. May not be relied upon for actual balances.
Please Validate SSN, Name and Address Information Via EE Self Service



**America's Most Convenient Bank®**

| TD Bank, N.A.<br>One Portland Square, PO Box 9540<br>Portland, ME  04112-9540<br>8887519000 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 800-TD Bank, N.A. (A)<br>06/19/2016<br>07/02/2016 | Business Unit:<br>Advice #:<br>Advice Date: | B2000<br>000000004586174<br>07/08/2016 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **NY State** |
| **Ronald L Henry**<br>34 North 6th Street<br>Unit N6F<br>Brooklyn, NY  11249 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 6096816<br>U2142-Mortgage Sales Long Island<br>Forest Hills/Queens Blvd<br>Mortgage Loan Officer<br>$11.540000 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>0 | Single<br>0 |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular Pay | 11.540000 | 80.00 | 923.20 | 1,064.00 | 12,278.56 | Fed Withholdng | | 125.84 | 2,292.84 |
| Overtime | 11.540000 | 7.00 | 121.17 | 9.00 | 155.79 | Fed MED/EE | | 15.14 | 233.14 |
| \NY WTPA O/T derived rate\ | 17.310000 | | | | | Fed OASDI/EE | | 64.75 | 996.88 |
| Sign-on Bonus | | | 0.00 | | 3,000.00 | NY Withholdng | | 36.40 | 712.32 |
| Extra Day Off - Non Exempt | | | 0.00 | 5.00 | 57.70 | NY NEW YORK | | 24.26 | 410.87 |
| JD Power Win=$$$ for YOU! WOW! | | | 0.00 | | 125.00 | Withholdng | | | |
| Non Exempt PTO | | | 0.00 | 40.00 | 461.60 | | | | |
| TOTAL: | | 87.00 | 1,044.37 | 1,118.00 | 16,078.65 | TOTAL: | | 266.39 | 4,646.05 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Garnishmen-Child | 427.89 | 5,055.17 | Basic Life | 1.19 | 11.90 |
| | | | | | | AD&D | 0.12 | 1.20 |
| | | | | | | Long Term Disability | 2.83 | 28.30 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 427.89 | 5,055.17 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,044.37 | 1,044.37 | 266.39 | 427.89 | 350.09 |
| YTD | 16,078.65 | 16,078.65 | 4,646.05 | 5,055.17 | 6,377.43 |

| YEAR-TO-DATE | PAID TIME OFF | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0* | | **Account Type** | **Account Number** | **Routing Number** | **Deposit Amount** |
| | | Advice #000000004586174 | Chequing | 0009983941544 | 221473652 | 350.09 |
| + Earned | 112.00* | | | | | |
| - Taken | 32.00* | | | | | |
| + Adjustments | 0.0* | | | | | |
| End Balance | 80.00* | TOTAL: | | | | 350.09 |

**MESSAGE:**
* Based upon PTO reporting as of pay period end date. May not be relied upon for actual balances.
Please Validate SSN, Name and Address Information Via EE Self Service