UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re: Case No. 16-42200-nhl

Ronald L Henry, Chapter 7

Debtor.
-------------------------------------------------------x

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon the motion (the "Motion") of CIT Bank, N.A., formerly known as OneWest Bank, N.A., formerly known as OneWest Bank, FSB (the "Movant"), for an order pursuant to 11 U.S.C. § 362(d), lifting and vacating the automatic stay with respect to property located at 287 Franklin Ave, Brooklyn, New York 11205, and this Motion having come before the Court on August 2, 2016, at which appeared Debtor, Jjais A. Forde, Esq. (Counsel for Movant), and Marylou Martin, Esq. (U.S. Trustee), and there being no opposition to the Motion, it is hereby

**ORDERED**, that the automatic stay pursuant to 11 U.S.C. § 362 is hereby lifted and vacated to permit Movant to exercise its rights under applicable state and federal law with respect to property located at 287 Franklin Ave, Brooklyn, New York 11205; and it is further

**ORDERED**, that the fourteen-day stay in effect pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived; and it is further

**ORDERED**, that the Movant shall promptly report and turn over to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.




**Dated: September 15, 2016**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**