**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------x
In re:

    Ronald L Henry,

              Debtor.
--------------------------------x

Case No. 16-42200-nhl

Chapter 7

**O R D E R**

    **Whereas,** the above-captioned case having been initiated by the filing of a petition under Chapter 7 of Title 11 of the United States Code on May 19, 2016, and

    **Whereas,** the debtor having failed to appear and submit to examination, as required by § 343 of the Code, at the § 341(a) meeting of creditors duly scheduled herein, and

    **Whereas,** due to administrative error an order discharging the debtor having been entered on September 23, 2016, and the case having been closed on September 23, 2016, it is

    **ORDERED,** that the Final Decree entered on September 23, 2016 be and it is hereby vacated, and that this case be reopened without payment of fee, and it is further

    **ORDERED,** that the said order of discharge be and it is hereby vacated, and it is further

    **ORDERED,** that the Clerk mail notice of the vacating of the order of discharge to the debtor, debtor's attorney, trustee and all creditors and other parties in interest herein.



Dated: September 28, 2016
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**