10/4/2016

Re: Case No. 16-42200-nhl

Chapter 7 filling

To whom this may concern,

I **Ronald Henry** On September 24th 2016 received an **ORDER OF DISCHARGE AND FINAL DECREE.**

On **October 3, 2016** I received a letter which States "Due to administrative error and order discharging the debtor having been entered on September 23, 2016 and the case, It is **ORDERED** that the final Decree entered on September 23, 2016 be hereby vacated" Reason  Debtor Failed to Appear and submit to examination.

I was scheduled to appear in Court on **September 20th at 11:30 AM**. I was contacted by **Nazar Khodorovsky from the U.S. Trustees office on September 19th at 4:10 P.M.**  An instructed **I WAS NOT** required to appear in court on September 20th and he also informed me the case was discharged.

 Mr. Khodorovsky did inform me I was still required to arrange and schedule a meeting of creditors with Mr. Alan Nisselson, and he provided me with to contact Mr. Nisselson.

I called several times to schedule and spoke with **Jennifer run** from Alan Nisselson's office. I have a **341 scheduled meeting of October 5th at 10: a.m**.

**I completed my credited counseling course and provide the certificate of completion to the court. I also provided the court with all the requested schedules as instructed.**

Please advise, as I followed all of the Courts instructions in efforts to seek relief.

Sincerely,

Ronald Henry

*[signature: Ronald H]*

RECEIVED 2016 OCT -4 P 2: 14
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK